# PD-0655-15

PDR NO. _____

TIWIAN LEQUINN SKIEF, §
    Appellant, §
     §   IN THE COURT OF CRIMINAL
v. §
     §   APPEALS AT AUSTIN, TEXAS
THE STATE OF TEXAS, §
    Appellee. §

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 29 2015

Abel Acosta, Clerk

## MOTION FOR AN EXTENTION OF TIME TO FILE A

## PETITION FOR DISCRETIONARY REVIEW

COMES NOW Tiwian Laquinn Skief, Appellant in the above styled and numbered cause, and files his motino for an extention of time pursuant to rule 68.2(c) of the Texas Rules of Appellate Procedure and shows this Honorable Court GOOD CAUSE to GRANT this motion as follows:

FILED IN
COURT OF CRIMINAL APPEALS

MAY 29 2015

Abel Acosta, Clerk

1· The Appellant was affirmed on May 21, 2013, by the Fifth District Court of Appeals at Dallas. See Skief v. State, No. 05-12-00223-CR (Tex.App. Dallas—May 21, 2013). The Appellant filed an Habeas Action seeking an out-of-time Petition for Discretionary Review, and this Honorable Court granted relief on May 13, 2015. See Ex Parte Tiwian Laquinn Skief, No. WR-82,496-01(Tex.Crim.App. May 13, 2015).

2· There has been no motion for rehearing filed or en banc reconsideration filed pertaining to Appellant's original Memorandum Opinion. Additionally, there has been no other extention of time filed within this Honorable Court.

3· The Appellant is seeking for a 60-day extention in order for the Appellant to properly file his Petition in a proper manner. The due date is currently on June 12, 2015. The 60 day extention will set the proposed date to August 11, 2015.

4· The Appellant is currently without counsel for his help,

page 1

and is proceeding in the pro se status.

5. Being a layman in the law, the Coffield Unit's law library only allows for offenders to have 10-15 hours per week to conduct their research, properly prepare for fileing, and reply to any court docuemnts required.

6. **The Appellant** believes that he can meet the deadline on Aug. 11, 2015, in order for this Court to review in a timely manner.

## PRAYER

The Appellant prays that this Honorable Court will GRANT this motion and reset the due date to August 11, 2015, or in the alternative, reset the current due date to a reasonable time frame in order for the Appellant to properly file his Petition on his own behalf.

## INMATE DECLARATION

I, Tiwian L. Skief, #01769917, being currently incarcerated in the TDCJ-CID Coffield Unit in Anderson County, Texas, Declares that the foregoing is true and correct under the penalty of perjury. EXECUTED THIS DAY OF MAY 26, 2015.

TIWIAN L. SKIEF
#01769917-Coffield
2661 FM 2054
Tenn.Colony, Tx. 75884
Pro se.

## PROOF OF MAILING

I, Tiwian L. Skief, #01769917, declares under the penalty of perjury that I have placed this motion in the internal mail box of the Coffield unit in Anderson County, Texas on May 26, 2015.

## SIGNATURE OF THE PROOF OF MAILING

TIWIAN L. SKIEF
#01769917-Coffield
2661 FM 2054
Tenn.Colony, Tx. 75884
Pro-se.

# PD-0655-15

TIWIAN LAQUINN SKIEF,     §

    Appellant,          §    IN THE COURT OF CRIMINAL

                      §

v.                    §    APPEALS AT AUSTIN, TEXAS

                      §

THE STATE OF TEXAS,     §

    Appellee.          §

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 29 2015

Abel Acosta, Clerk

## MOTION TO FILE A SINGLE COPY

COMES NOW Tiwian Skief, Appellant in the above styled and numbered cause, and files his motion to request to file a single copy within this Honorable Court, and shows this court GOOD CAUSE to GRANT this motion as follows:

FILED IN
COURT OF CRIMINAL APPEALS

MAY 29 2015

Abel Acosta, Clerk

1. The Appellant is currently incarcerated in the TDCJ-CID Coffield Unit in Anderson County.

2. Appellant is currently without Counsel for the Appellant is indigent.

3. The Coffield unit does NOT allow offenders to have access to a coping machine, and cannot provide this court with the required copies to go to the proper parties.

4. The Appellant request this Court to order the clerk of the Court to make the required copies to go to the proper parties at hand, and further requests this Honorable Court to allow the Appellant to proceed by allowing Appellant to file a single copy.

## PRAYER

Appellant prays that this Court will GRANT this motion and order the CLEKR of the Court to provide the required copies to go to the needed parties at hand.

## INMATE DECLARATION

I, Tiwian L. Skief, #01769917, being currently incarcerated

page 1

in the TDCJ-CID Coffield Unit in Anderson County, Texas, declares that the foregoing is true and correct under the penalty of perjury. EXECUTED THIS DAY OF MAY 26, 2015.

TIWIAN L. SKIEF
#01769917-Coffield
2661 FM 2054
Tenn.Colony, Tx. 75884
Pro se.

## PROOF OF MAILING

I, Tiwian L. Skief, #01769917, declaares under the penalty of perjury that I have placed this motion in the internal mail box of the Coffield unit in Anderson County, Texas on May 26, 2015.

TIWIAN L. SKIEF
#017769917-Coffield
2661 FM 2054
Tenn.Colony, Tx. 75884
Pro-se.

page 2 of 2